UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.  15-CIV-81042-BLOOM/VALLE

**PAT KENNEDY**,

    Plaintiff,

v.

**SUNSET CENTER LLC**,

    Defendant.

_____/

## ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE is before the Court upon the Plaintiff's Notice of Voluntary Dismissal with Prejudice, ECF No. [11].  Being fully advised, it is hereby **ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE**, and the Clerk is instructed to **CLOSE** this case.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 3rd day of September, 2015.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:
Counsel of Record